IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NANCY STACHEWICZ, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   NO.  09-470-JPG-PMF |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, PA, | ) |
| | ) |
|     Defendants/Counter-Claimant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  July 15, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   _s/J. Phil Gilbert_
                   J. PHIL GILBERT
                   U. S. DISTRICT JUDGE